DANIELS v. DETROIT, GRAND HAVEN & MILWAUKEE RAILWAY CO.

Certiorari to Clinton; Searl, J. Submitted October 11, 1910. (Docket No. 32.) Decided December 7, 1910.

Case by Alice L. Daniels against the Detroit, Grand Haven & Milwaukee Railway Company, the Grand Trunk Western Railway Company, and the Grand Trunk Railway Company of Canada. An order denying a motion to quash the service of process as to the Grand Trunk Railway Company of Canada is reviewed by said defendant on writ of certiorari. Affirmed.

*Harrison Geer*, for appellant.

*Lyon & Moinet*, for appellee.

STONE, J. The facts in this case are like those in *George B. Daniels* v. Same defendants, *ante*, 468 (128 N. W. 797), and the opinion in that case applies and governs here.

The order of the circuit court is affirmed.

BIRD, C. J., and OSTRANDER, BROOKE, and BLAIR, JJ., concurred.